**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>*Plaintiff,*<br><br>vs.<br><br>CORDOBA LEGAL GROUP LLC,<br>NATIONAL DEBT RELIEF LLC,<br>ALFREDO CORDOBA,<br>BC CONSULTING GROUP d/b/a<br>PARALEGAL ASSISTANCE CENTER,<br>AD HOLDING GROUP FOUNDATION,<br>OWNER OF 279-247-0137, and,<br>OWNER OF 424-238-3229,<br><br>*Defendants* | Case No. 1:22-cv-03264<br><br>Judge Gary Feinerman |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE THAT Plaintiff, Jorge Alejandro Rojas, and Defendants Cordoba Legal Group LLC, Alfredo Cordoba, BC Consulting Group doing business as Paralegal Assistance Center, and AD Holding Group Foundation, have reached a settlement in this matter. The parties are in the process of consummating their settlement including the signing of settlement documents. Plaintiff requests the Court vacate all deadlines including answer, responsive pleading, or other response to Plaintiff’s Complaint, joint report, and status hearings. Plaintiff will file a Notice of Voluntary Dismissal with Prejudice after finalization of settlement, which is expected within the next thirty calendar days.

Respectfully submitted,

Dated: August 1, 2022

/s/ Jorge Alejandro Rojas
Jorge Alejandro Rojas
557 Cambridge Way
Bolingbrook, IL 60440
Rojas.jorge96@gmail.com
424-219-1582
Plaintiff in *Pro Se*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the same day as filing, a copy of this filing was sent to Defendant's counsel via e-mail, consent to do so which was obtained.

/s/ Jorge Alejandro Rojas
Jorge Alejandro Rojas